AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| SUNANDA KRISHNA, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> IXIA, et al., (see attached) <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No.  2:17-cv-01840 DOC  (SSx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IXIA
c/o NATIONAL REGISTERED AGENTS, INC.
818 W SEVENTH ST STE 930
LOS ANGELES CA 90017
(see attached for additional addresses)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

D. Vo

Date:  03/13/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:17-cv-01840

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                    ; or

☐ Other *(specify):*

My fees are $                for travel and $                for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**BRODSKY & SMITH, LLC**
Evan J. Smith, Esquire
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile: (610) 667-9029
esmith@brodsky-smith.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNANDA KRISHNA, on behalf of himself and all others similarly situated, | Case No.: |
| Plaintiff, | **CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SECURITIES ACT OF 1934** |
| vs. | |
| IXIA, ERROL GINSBERG, BETHANY MAYER, LAURENT ASSCHER, JONATHAN FRAM, GAIL HAMILTON, ILAN DASKAL, KEYSIGHT TECHNOLOGIES, INC. and KEYSIGHT ACQUISITIONS, INC., | <u>JURY DEMAND</u> |
| Defendants. | |

Plaintiff Sunanda Krishna ("Plaintiff"), by her attorneys, on behalf of herself and those similarly situated, alleges upon personal knowledge as to her own acts and upon information and belief as to all other matters, based upon the investigation made by and through her attorneys, which investigation included, *inter alia*, the review of United States Securities and Exchange Commission ("SEC") filings, press releases, analyst reports, news articles and other materials, as follows:

### NATURE OF THE CASE

1.    Plaintiff brings this stockholder class action on behalf of herself and all other public stockholders of Ixia ("Ixia" or the "Company"), against Ixia, the Company's Board of Directors (the "Board" or the "Individual Defendants"), Keysight Technologies, Inc. ("Parent") and Keysight Acquisitions, Inc. ("Merger Sub", and collectively with Parent, "Keysight, and collectively with Ixia and the Board, the "Defendants"), in connection with their violations of Sections 14(a) and

- 1 -
CLASS ACTION COMPLAINT

ADDITIONAL DEFENDANTS

1. ERROL GINSBERG, c/o IXIA, 26601 W. Agoura Road, Calabasas, CA 91302;

2. BETHANY MAYER, c/o IXIA, 26601 W. Agoura Road, Calabasas, CA 91302;

3. LAURENT ASSCHER, c/o IXIA, 26601 W. Agoura Road, Calabasas, CA 91302;

4. JONATHAN FRAM, c/o IXIA, 26601 W. Agoura Road, Calabasas, CA 91302;

5. GAIL HAMILTON, c/o IXIA, 26601 W. Agoura Road, Calabasas, CA 91302;

6. ILAN DASKAL, c/o IXIA, 26601 W. Agoura Road, Calabasas, CA 91302;

7. KEYSIGHT TECHNOLOGIES, INC., c/o THE CORPORATION TRUST COMPANY, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801;

8. KEYSIGHT ACQUISITIONS, INC., c/o C T CORPORATION SYSTEM, 818 W 7th St., Ste. 930, Los Angeles, CA 90017;

- 1 -

ADDITIONAL DEFENDANTS