1  **BRODSKY AND SMITH LLC**
   Evan J. Smith (SBN 242352)
2  esmith@brodsky-smith.com
   9595 Wilshire Blvd., Suite 900
3  Beverly Hills, CA 90212
   Telephone:  (877) 534-2590
4  Facsimile:   (310) 247-0160
5
   *Attorneys for Plaintiff*
6  *Sunanda Krishna*
7
8
9              **UNITED STATES DISTRICT COURT**

10            **SOUTHERN DISTRICT OF CALIFORNIA**

11
   SUNANDA KRISHNA, on behalf of       Case No. 2:17-cv-01840-R-AFM
12 himself and all others similarly situated,
                                       Assigned To Hon. Manuel L. Real
13            Plaintiff,
                                       **ORDER GRANTING STIPULATION
14      v.                             OF DISMISSAL PURSUANT TO
                                       FEDERAL RULE OF CIVIL
15 IXIA, ERROL GINSBERG, BETHANY       PROCEDURE 41(a)**
   MAYER, LAURENT ASSCHER,
16 JONATHAN FRAM, GAIL                 Action Filed: March 8, 2017
   HAMILTON, ILAN DASKAL,             Trial Date:    None Set
17 KEYSIGHT TECHNOLOGIES, INC.,
   and KEYSIGHT ACQUISITIONS,
18 INC.,
19
             Defendants.
20
21
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

JS-6

1    Having considered the Stipulation of Dismissal submitted by Plaintiff

2 Sunanda Krishna and Defendants, and good cause appearing,

3    **IT IS HEREBY ORDERED THAT:**

4    1.    The Action is dismissed, and all claims asserted therein are dismissed

5 with prejudice as to Plaintiff only.  All claims on behalf of the putative class are

6 dismissed without prejudice.

7    2.    Because the dismissal is with prejudice as to Plaintiff only, and not on

8 behalf of a putative class, notice of this dismissal is not required.

9    3.    The Court retains jurisdiction of the Action solely for the purpose of

10 determining Plaintiff's forthcoming Fee Application, if such Fee Application

11 becomes necessary.

12    4.    This Order is entered without prejudice to any right, position, claim or

13 defense any party may assert with respect to the Fee Application, which includes the

14 Defendants' right to oppose the Fee Application.

15    5.    To the extent that the parties are unable to reach an agreement

16 concerning the Fee Application, they may contact the Court regarding a schedule

17 and hearing to present such application to the Court.

18    6.    Upon completion of briefing, the parties shall promptly contact the

19 Court to schedule argument regarding Plaintiff's Fee Application at a time

20 convenient to the Court.

21    7.    This action is removed from the Court's active caseload until further

22 application by the parties or Order of this Court.  All pending dates are vacated by

23 the Court.  If the parties reach an agreement concerning the Fee Application, they

24 will notify the Court.

25    **IT IS SO ORDERED.**

26

27 Dated:  April 19, 2017    _____

28                              Honorable Manuel L. Real
                               United States District Judge

1

ORDER